# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ELLIOTT FINCH, JR.**                                                    **PETITIONER**

**VS.**                      **5:18CV00128 BRW/PSH**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                  **RESPONDENT**

## JUDGMENT

Based on the Order entered today, judgment is entered granting habeas corpus relief, and directing the State to either release Petitioner or to provide him a new trial within 120 days.

IT IS SO ORDERED this 10th day of June, 2019.

                                                                Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE