## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 19-2369

Elliott Finch, Jr.

Appellee

v.

Dexter Payne, Director, Arkansas Department of Correction

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:18-cv-00128-BRW)

_____

**MANDATE**

In accordance with the opinion and judgment of 12/18/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 08, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, January 8, 2021 1:45 PM |
| **Subject:** | 19-2369 Elliott Finch, Jr. v. Dexter Payne "Mandate Issued" (5:18-cv-00128-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 01/08/2021

| | |
|---|---|
| **Case Name:** | Elliott Finch, Jr. v. Dexter Payne |
| **Case Number:** | 19-2369 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [4992515] [19-2369] (Megan Polley)

**Notice will be electronically mailed to:**

Mr. David L. Eanes, Jr.: david.eanes@arkansasag.gov, christeen.payne@arkansasag.gov, laura.beatty@arkansasag.gov, lakeshia.walker@arkansasag.gov
Honorable Patricia S. Harris, U.S. Magistrate Judge: tricia_harris@ared.uscourts.gov
Mr. Craig Lambert: wclambert@aol.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable Billy Roy Wilson, U.S. District Judge: Bill_Wilson@ared.uscourts.gov, Matt_Morgan@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Elliott Finch, Jr.
VARNER CORRECTIONAL FACILITY
P.O. Box 600
Grady, AR 71644-0600

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_192369_4992515_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/08/2021] [FileNumber=4992515-0]
[4d22e6d57e576191310e867a6c8b5075b9f46459cfe8c877ef9c839628ef18f312ab4ce981a9c4118ee1431e315db77595a

f3d2844fef793db78f3d2eb91bd1d]]

**Recipients:**

- [Mr. David L. Eanes, Jr.](#)
- [Mr. Elliott Finch, Jr.](#)
- [Honorable Patricia S. Harris, U.S. Magistrate Judge](#)
- [Mr. Craig Lambert](#)
- [Mr. Jim McCormack, Clerk of Court](#)
- [Honorable Billy Roy Wilson, U.S. District Judge](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4992515
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6682785